# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**255**

**CA 10-01149**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, GREEN, AND GORSKI, JJ.

---

MARITA CAR RENTALS, DOING BUSINESS AS BUDGET
RENT-A-CAR, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

GENERAL STAR MANAGEMENT COMPANY, ET AL.,
DEFENDANTS,
AND DAMON & MOREY, LLP, DEFENDANT-APPELLANT.

---

CONNORS & VILARDO, LLP, BUFFALO (RANDALL D. WHITE OF COUNSEL), FOR
DEFENDANT-APPELLANT.

PHILLIPS LYTLE LLP, BUFFALO (WILLIAM J. BRENNAN OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered September 3, 2009. The order denied the motion of defendant Damon & Morey, LLP to dismiss the supplemental amended complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 24, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  March 25, 2011                          Patricia L. Morgan
                                                  Clerk of the Court